******************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.
******************************************

JOHN B. CROUSE *v*. TAMARA S. COX
(AC 38462)

Sheldon, Beach and Harper, Js.

Submitted on briefs May 23—officially released July 4, 2017

*Procedural History*

Action to recover damages for fraud, and for other relief, brought to the Superior Court in the judicial district of Stamford-Norwalk, where the court, *Hon. Taggart D. Adams*, judge trial referee, granted the defendant's motion to dismiss and rendered judgment thereon; subsequently, the court denied the plaintiff's motion to reargue, and the plaintiff appealed to this court. *Vacated; further proceedings.*

*John B. Crouse*, self-represented, the appellant (plaintiff) filed a brief.

*Opinion*

PER CURIAM. The judgment of dismissal is vacated. The case is remanded for further proceedings, without prejudice to the filing of a motion for summary judgment.

———————————————